# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

## SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE KAREN B. MOLZEN

Caption:     ***Ryan Companies US, Inc. v. Beaty Construction Co. Inc.***
             **15cv0169 CG/KBM**

Date & Time:  **Tuesday, December 1, 2015 at 10:00 a.m.**

Appearances for Plaintiff:                      Appearances for Defendant:

M. Eliza Stewart                                Gregory Biehler
                                                Peter Damien Grueninger


Plaintiff In Attendance:                        Defendants In Attendance:

*Tim Velner*                                    *LINDA LAWRENCE FOR NATIONWIDE*


Others Attending:


____Case settled.   Per order filed concurrently, closing documents due on_____.

____Case did not settle.

✓ Settlement efforts to be continued on ___*to be set*___ at _____.

✓ #730 Chief Magistrate Judge Chambers; Time in Court= ___*9:45 – 12:45*___. *(3 hours)*